IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR426 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT DION WEBSTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

At the request of counsel for both parties,

IT IS ORDERED that trial of this matter is rescheduled

for:

**Tuesday, May 14, 2013, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may

be called by the Court.  The ends of justice will be served by

continuing this case and outweigh the interests of the public and

the defendant in a speedy trial.  It will accommodate the

schedule of the Court.  The additional time between March 26,

2013, and May 14, 2013, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial

Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court