IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR426 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT DION WEBSTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion of defendant Robert Webster for a new trial (Filing No. 50). Given the nature of new evidence raised by the defendant, the Court finds that further discovery and briefing is appropriate.

IT IS ORDERED:

1) No later than September 12, 2013, defendant shall provide the Government with the disclosures required by Rule 16 regarding any expert witnesses.

2) No later than two weeks from the filing of defendant's Rule 16 disclosures, the Government shall file a responsive brief regarding the motion for new trial and shall provide the defendant with Rule 16 disclosures regarding any expert witness it may have to rebut the witness's recantation.

3) No later than ten days from the filing of the Government's responsive brief, defendant may file a reply brief addressing the Government's expert witness.

DATED this 29th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court