# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR426 |
| vs. | ) | ORDER |
| ROBERT DION WEBSTER, | ) | IN RE: APPOINTMENT OF GUARDIAN AD LITEM |
| Defendant. | ) | |

This matter is before the court on the motion of the government for the appointment of a guardian ad litem for the minor victim, "A.C."[1], pursuant to 18 U.S.C. § 3509(h) (Filing No. 54). The court finds the motion to be well taken.

**IT IS ORDERED:**

1. The motion to appoint a guardian ad litem for "A.C." (Filing No. 54) is granted.

2. Kristina B. Murphree, 11605 Miracle Hills Drive, Suite 300, Omaha, NE 68154, (402) 492-9800, is appointed as guardian ad litem for "A.C." pursuant to 18 U.S.C. § 3509(h) for these proceedings. Ms. Murphree will be awarded such reasonable compensation and payment of expenses in order to protect the best interests of the child. Ms. Murphree shall direct the billing for such fees and expenses to the Clerk of the Court for the District of Nebraska, ATTN: Pat Williamson, Supervisor of Administrative Services, upon the completion of her services.

DATED this 9th day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] "A.C.s" name and address have been supplied to Ms. Murphree by e-mail.