```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      8:12CR426
                             )
      v.                     )
                             )
ROBERT DION WEBSTER,         )           ORDER
                             )
            Defendant.       )
_____ )
```

This matter is before the Court on the sealed motion to file sealed motion (Filing No. 60). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED the motion to file sealed motion is granted; the motion shall remain sealed pending further order of the Court.

DATED this 30th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court