IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR426 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT DION WEBSTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for leave to submit brief regarding defendant's motion for new trial (Filing No. 65) filed by the court-appointed attorney representing A.C., a minor child who was a witness at defendant's jury trial. No objections have been filed to said motion, and the Court finds it should be granted. Accordingly,

IT IS ORDERED that the motion for leave to submit brief is granted; the brief is deemed filed.

DATED this 6th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court