IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      8:12CR426
                             )
       v.                    )
                             )
ROBERT DION WEBSTER,         )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to continue hearing regarding defendant's second motion for new trial (Filing No. 68). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the hearing on defendant's second motion for new trial is rescheduled for:

**Tuesday, February 18, 2014, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 13th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court