IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR426 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT DION WEBSTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to proceed *in forma pauperis* and appoint counsel (Filing No. 81). Defendant has filed a notice of appeal (Filing No. 80). After review of the motion and the affidavit in support thereof, the Court finds the motion to proceed *in forma pauperis* should be granted. Accordingly,

IT IS ORDERED that defendant's motion to proceed *in forma pauperis* is granted. Defendant's request for appointment of counsel is denied without prejudice for renewal to the United States Court of Appeals for the Eighth Circuit.

DATED this 3rd day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court