IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR426 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT DION WEBSTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's motion to produce witness's statement & toll appeal (Filing No. 90). The Court has reviewed the motion and the resistance of the plaintiff (Filing No. 91), and finds that the motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion to produce witness's statement and to toll appeal is denied.

DATED this 10th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court